UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

KENNETH JOEL HOLLAND
LINDSAY LEE HOLLAND

Debtor(s).

CASE NUMBER 14-06832
CHAPTER 13

NOTICE AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS

TO:   All creditors and Parties in Interest

YOU ARE HEREBY NOTIFIED that the debtor is applying for approval to sell the property of the debtor's estate described below free and clear of all liens and encumbrances according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from service of the application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application, except as directed by the judge, unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **December 17, 2015**, at **9:00 am**, at 1100 Laurel Street, Columbia, SC 29201. No further notice of this hearing will be given.

TYPE OF SALE: Private

PROPERTY TO BE SOLD: 3044 Calli Crossing Drive, Graniteville, SC 29829, Aiken County TMS #049-00-06-011.

PRICE: $142,000.00 (See Exhibit A, Attached Contract of Sale)

APPRAISAL VALUE: 2015 Aiken County Tax Assessor value is $144,575.00 (See Exhibit B)

BUYER: Bethany N. Pearson, to be 3044 Cali Crossing, Graniteville, SC, no relationship to debtor

PLACE AND TIME OF SALE: Estimated date of sale before January 1, 2015, private sale

SALES AGENT/AUCTIONEER/BROKER: No broker involved in sale, closing attorney to be Bradley L. Boni, LLC, 759 Richland Avenue, Aiken, SC 29801, (803) 644-4460

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.: No commission at sale, Seller to pay $3,000.00 towards closing costs.

ESTIMATED TRUSTEE'S COMPENSATION: Reasonable compensation to be determined by the Court (but not to exceed the limits set in 11 U.S.C. § 326(a)).

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:   JP Morgan Chase Bank, NA, principal balance is $133,707.42, with interest due, advances and estimated interest per diem (60 days) brings balance to approx. $140,500.00 to be paid in full from seller's proceeds (See Exhibit C, Loan payoff as of October 28, 2015).

DEBTOR'S EXEMPTION: N/A

PROCEEDS ESTIMATED TO BE PAID TO ESTATE: No proceeds to the estate. After mortgage payoff (see above), seller's closing costs contribution to buyer (see above), 2015 real property taxes, seller's closing costs ($125.00 deed prep, $20.00 courier, $400.00 debtor's attorney's fee and $525.40, revenue stamps), Debtor will be paying money at closing (approx. $3,100.00). Source of funds for closing shall be from debtor's family (See Exhibit D, Estimated closing statement without lien payoff figures).

STAY OF ORDER: N/A

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by private sale. Applicant is moving to Myrtle Beach, SC, for a new job and sale of the property is necessary to justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee, as applicable, may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

Date: November 9, 2015  /s/ Andrew C. Marine  
ANDREW C. MARINE  
Attorney for the Debtor  
Post Office Box 1488  
Aiken, SC   29802  
(803) 649-0875

District Ct. ID #1039

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NUMBER 14-06832 |
|---|---|
| KENNETH JOEL HOLLAND<br>LINDSAY LEE HOLLAND | CHAPTER 13<br><br>CERTIFICATE OF SERVICE |
| Debtor(s). | |

I, Sheryl Fleming, declare under the penalty of perjury that I have served the attached document(s) on the following entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**The following entities were served by first class mail on November 9, 2015:**

See attached Mailing List

**The following entities were served by electronic transmission on November 9, 2015:**

Joy Goodwin
Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201

/s/ Sheryl Fleming

_____

SHERYL FLEMING, Legal Assistant

Andrew C. Marine
Attorney at Law
Post Office Box 1488
Aiken, SC 29802

Telephone No: 803/649-0875
District Court I.D. No: 1039

MAILING LIST

| | | |
|---|---|---|
| SC DEPARTMENT OF REVENUE AND TAXATION<br>POST OFFICE BOX 12265<br>COLUMBIA SC 29211 | SC EMPLOYMENT SECURITY COMMISSION<br>PO BOX 995<br>COLUMBIA SC 29202 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| AIKEN COUNTY TAX COLLECTOR<br>PO BOX 873<br>AIKEN SC 29802-0873 | ACS EDUCATION SERVICES<br>PO BOX 371834<br>PITTSBURGH PA 15250 | AMCOL SYSTEMS, INC.<br>AMCOL SYSTEMS, INC.<br>PO BOX 21625<br>COLUMBIA SC 29221 |
| AMERICAN HONDA FINANCE CORPORATION<br>PO BOX 168088<br>IRVING TX 75016 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING, LLC<br>PO BOX 268941<br>OKLAHOMA CITY OK 73126-8941 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD<br>SUITE #200<br>TUCSON AZ 85712 |
| COHEN DERMATOPATHOLOGY<br>PO BOX 414913<br>BOSTON MA 02241 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF CITIBANK, N.A.<br>PO BOX 29262<br>NEW YORK NY 10087-9262 | HELZBERG<br>PO BOX 30253<br>SALT LAKE CITY UT 84130 |
| DANETTA HILL<br>482 FARMINGTON ROAD<br>GAFFNEY SC 29341 | JPMORGAN CHASE BANK, NATIONAL ASSOC<br>3415 VISION DRIVE<br>DEPT OH4-7142<br>COLUMBUS OH 43219 | LCA SERVICES, INC.<br>18 PARK OF COMMERCE BOULEVARD<br>SAVANNAH GA 31405 |
| NATIONWIDE RECOVERY SERVICE<br>545 INMAN STREET<br>CLEVELAND TN 37311 | PHYSICIANS PRACTICE GROUP<br>C/O NRS<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>ATTN: BANKRUPTCY<br>PO BOX 12914<br>NORFOLK VA 23541 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CP MEDICAL LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RED WOLF FUNDING<br>C/O NSLP<br>1300 O STREET<br>LINCOLN NE 68508 | REGIONS BANK CARD<br>2050 PARKWAY OFFICE CIRCLE<br>BIRMINGHAM AL 35244 |
| ROGERS TOWNSEND & THOMAS PC<br>PO BOX 100200<br>COLUMBIA SC 29202 | SAGE CREEK HOMEOWNERS' ASSOCIATION<br>PO BOX 531242<br>ATLANTA GA 30353 | SC STATE FEDERAL CREDIT UNION<br>PO BOX 726<br>COLUMBIA SC 29202 |
| SCA COLLECTIONS, INC.<br>PO BOX 876<br>GREENVILLE NC 27855-0876 | SYNCB/BELK<br>PO BOX 965028<br>ORLANDO FL 32896 | TD BANK N.A.<br>ATTN: BANKRUPTCY DEPT.<br>ME2-002-035<br>PORTLAND ME 04112-9547 |

VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108

WELLS FARGO BANK N A
WELLS FARGO EDUCATION FINANCIAL SERVICES
301 E 58TH STREET N
SIOUX FALLS SD 57104