UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>KENNETH JOEL HOLLAND<br>LINDSAY LEE HOLLAND<br><br>Debtor(s). | CASE NUMBER 14-06832<br>CHAPTER 13<br><br>NOTICE AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS |

TO:   All creditors and Parties in Interest

YOU ARE HEREBY NOTIFIED that the debtor is applying for approval to sell the property of the debtor's estate described below free and clear of all liens and encumbrances according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from service of the application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application, except as directed by the judge, unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **December 17, 2015**, at **9:00 am**, at 1100 Laurel Street, Columbia, SC  29201. No further notice of this hearing will be given.

TYPE OF SALE: Private

PROPERTY TO BE SOLD: 3044 Calli Crossing Drive, Graniteville, SC 29829, Aiken County TMS #049-00-06-011.

PRICE: $142,000.00 (See Exhibit A, Attached Contract of Sale)

APPRAISAL VALUE: 2015 Aiken County Tax Assessor value is $144,575.00 (See Exhibit B)

BUYER: Bethany N. Pearson, to be 3044 Cali Crossing, Graniteville, SC, no relationship to debtor

PLACE AND TIME OF SALE: Estimated date of sale before January 1, 2015, private sale

SALES AGENT/AUCTIONEER/BROKER: No broker involved in sale, closing attorney to be Bradley L. Boni, LLC, 759 Richland Avenue, Aiken, SC 29801, (803) 644-4460

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.: No commission at sale, Seller to pay $3,000.00 towards closing costs.

ESTIMATED TRUSTEE'S COMPENSATION: Reasonable compensation to be determined by the Court (but not to exceed the limits set in 11 U.S.C. § 326(a)).

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY:   JP Morgan Chase Bank, NA, principal balance is $133,707.42, with interest due, advances and estimated interest per diem (60 days) brings balance to approx. $140,500.00 to be paid in full from seller's proceeds (See Exhibit C, Loan payoff as of October 28, 2015).

DEBTOR'S EXEMPTION: N/A

PROCEEDS ESTIMATED TO BE PAID TO ESTATE: No proceeds to the estate. After mortgage payoff (see above), seller's closing costs contribution to buyer (see above), 2015 real property taxes, seller's closing costs ($125.00 deed prep, $20.00 courier, $400.00 debtor's attorney's fee and $525.40, revenue stamps), Debtor will be paying money at closing (approx. $3,100.00). Source of funds for closing shall be from debtor's family (See Exhibit D, Estimated closing statement without lien payoff figures).

STAY OF ORDER: N/A

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by private sale. Applicant is moving to Myrtle Beach, SC, for a new job and sale of the property is necessary to justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee, as applicable, may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an order authorizing sale of said property and such other and further relief as may be proper.

Date: November 9, 2015                               /s/ Andrew C. Marine
                                                     ANDREW C. MARINE
                                                     Attorney for the Debtor
                                                     Post Office Box 1488
                                                     Aiken, SC   29802
                                                     (803) 649-0875

                                                     District Ct. ID #1039

STATE OF SOUTH CAROLINA    )
                           )    CONTRACT OF SALE
COUNTY OF AIKEN            )

Date: 8/26/15

Purchaser(s): Bethany N. Pearson

Seller(s): Kenneth Joel Holland Jr.

Purchaser(s) agrees to buy, and Seller(s) agrees to sell the following described property, to wit:

3044 Calli Crossing
Graniteville SC 29829

Tax Parcel No.: _____

Subject to all covenants and easements of record and to all governmental statues, ordinances, rules and regulations.

Price    The Purchase Price is          $ 142,000.00
         Less:
         Earnest money held by _____  $ N/A
         Balance due at closing         $ 142,000.00

         To be paid by:    _____ Cash
                           OR
                           ✓ New Loan Obtained From  Hunter Mortgage Inc.
                                                     (Name of Bank)
                           OR
                           _____ Owner Financing at ___% for ___ years, with 1st payment beginning _____

Closing Costs    If new loan is obtained, closing costs to be paid by  Seller  ;
                 prepaid items by  Seller  discount points by  Seller  .

Seller to pay closing cost and prepaids up to $3,000.00

| | |
|---|---|
| Conditions | Property is being sold in "as is" condition. |
| | Seller(s) shall be responsible for pro-rata taxes, preparation of deed, revenue stamps on deed and termite report. |
| | ~~Purchaser(s) shall be responsible for recording deed, survey and attorney's fee~~   8-26-15 Bethany Pear |
| | _Seller to pay closing cost and prepaids up to $3,000⁰⁰_ |
| Deed | Seller agrees to deliver a marketable, general warranty deed, free and clear of encumbrances, with all stamps affixed thereon. The Deed shall be prepared in the name of _Bethany N. Pearson_ |
| Closing Date | The closing shall take place on or before _Nov. 14th 2015_. |
| Default | Upon failure of the purchaser(s) to comply with the terms hereof within the stipulated time, the seller(s) shall have the right to retain the amount this day paid and to enforce the performance of this contract according to law. |

This contract shall be binding upon all parties, their heirs and assigns.

IN THE PRESENCE OF:

_Ashley Rickard_
_Ashley Rickard_
(Witnesses As to Sellers)

_Kenneth Joel Holland_
_[signature]_
8/30/15
Seller(s)

_Tina Pearson_
_Tina Pearson_
(Witnesses As to Purchasers)

_Bethany Neal Pearson_
_Bethany Neal Pearson_
8/30/15
Purchaser(s)



| | | | | | |
|---|---|---|---|---|---|
| Recent Sales in Neighborhood / Recent Sales in Area | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search | Aiken Home |

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | HOLLAND KENNETH J | Today's Date | November 8, 2015 |
| Mailing Address | 3044 CALLI CROSSING DR GRANITEVILLE, SC 29829 | Parcel Number | 049-00-06-011 |
| | | Tax District | GREGG (District) |
| Location Address | 3044 CALLI CROSSING | 2015 Millage Rate | 6% RATIO = 240.5 OWNER-OCCUPIED 4% RATIO = 98.9 |
| Legal Description | THE CROSSING AT SAGE CREEK LOT 10 BLOCK C | Acres | |
| Property Class / Property Type | RESIDENTIAL / REAL PROPERTY | Parcel Map | Show Parcel Map |
| Neighborhood | SAGE CREEK THE CROSSING | Exemptions | |
| Fire District | G.V.W. FIRE DEPARTMENT | Council District | COUNCIL DISTRICT FIVE |
| Building Description | | Location Description | |

### Certified 2015 Tax Year Value Information*

| Land Value | Improvement Value | Miscellaneous Value | Total Appraised Value |
|---|---|---|---|
| $ 28,000 | $ 116,575 | 0 | $ 144,575 |

### Land Information

| Land Type | Zoning | Units | Unit Type | Appraised Value | Market Value |
|---|---|---|---|---|---|
| Legal Residence 4% | | 1 | LT | $ 28,000 | $ 28,000 |

### Residential Building Information

| Type | Style | Units | Total Area Sq Ft | Heated Area Sq Ft | Exterior Walls | Year Built |
|---|---|---|---|---|---|---|
| Single-family Residence | One Story | 1 | 1,600 | 1,600 | Veneer, Brick 40% Frame, Siding, Vinyl 60% | 2008 |

| Flooring | Roof Cover | Number Fireplaces | Heating Type | Rooms/Bedrooms/Bathrooms | Garage Area | Market Value |
|---|---|---|---|---|---|---|
| Automatic Floor Cover Allowance | Composition Shingle | | Warmed & Cooled Air | N/A | 0 | $ 116,575 |

### Miscellaneous Improvement Information

No miscellaneous information available for this parcel.

### Sale Information

| Sale Date | Sale Price | Deed Book | Deed Page | Grantor | Grantee |
|---|---|---|---|---|---|
| 2009-01-22 | $ 142,000 | 4238 | 1476 | THE CROSSING AT SAGE CREEK KEYSTONE LLC | KENNETH J HOLLAND |
| 2006-08-14 | $ 2,000,375 | 4094 | 1394 | SAGE MILL RESIDENTIAL LTD | KEYSTONE HOMES INC |
| 2006-08-06 | $ 1 | 4143 | 1188 | KEYSTONE HOMES INC | THE CROSSING AT SAGE CREEK KEYSTONE LLC |

| | | | | | |
|---|---|---|---|---|---|
| Recent Sales in Neighborhood / Recent Sales in Area | Previous Parcel | Next Parcel | Return to Main Search Page | Aiken Home | |

The Aiken County Assessor's Office makes every effort to produce the most accurate information possible. No warranties expressed or implied are provided for the data herein, its' use or interpretation. Certified Value Information* is from the last certified tax roll information, all other assessment information and values are current working information and is subject to change before the next certified tax roll. Website Updated: November 2, 2015

© 2015 by Aiken County SC | Website design by qpublic.net

Ex6of5

Chase
PO Box 183222
Columbus, OH 43218-183222

**CHASE**

|  |
|---|
| Payoff Quote Generated 13:56:20 |

Thursday, October 22, 2015

KENNETH J HOLLAND
3044 CALLI CROSSING DR
GRANITEVILLE, SC 29829

**Payoff Quote**
Account:                                  06298
Property Address:              3044 CALLI CROSSING DR
                               GRANITEVILLE, SC 29829

Dear Mortgagor(s):

JPMorgan Chase Bank, N.A. is writing in response to your request for a payoff quote for the account referenced above.

The total amount due* to pay off this Loan is $139,455.17, which is good through 10-28-15. If the Good Through Date falls on a holiday or a non-working day, payments will be treated as timely if made on the next working day. Below is an itemization of this amount:

|  | Payoff Quote |  |  |
|---|---|---|---|
| Unpaid Principal Balance |  |  | $133,707.42 |
| Deferred Principal Balance |  |  | $0.00 |
| Interest Per Diem** |  |  | $18.32 |
| Interest Due From | 1/1/15 |  | $5,526.84 |
| Pro Rata MIP/PMI |  |  | $0.00 |
| Escrow Advance Balance |  |  | $143.67 |
| Restricted Escrow Balance |  |  | $0.00 |
| Buydown Subsidy/Replacement Reserve Balance |  |  | $0.00 |
| HUD Subsidy Balance |  |  | $0.00 |
| CR Life / Original Fee Rebate |  |  | $0.00 |
| Prepayment Penalty |  |  | $0.00 |
| Late Charges |  |  | $0.00 |
| Monthly Late Charge Amount | $31.88 |  |  |
| NSF (Insufficient Funds) |  |  | $0.00 |
| Other Fees*** |  |  | $0.00 |
| Recording Fee |  |  | $5.00 |
| Demand Fee |  |  | $0.00 |
| Suspense |  |  | ($771.76) |
| Corporate Advances*** |  |  | $844.00 |
| Incurred Attorney Fees |  |  | $0.00 |
| Incurred Attorney Costs |  |  | $0.00 |
| Subtotal | 10/28/15 |  | $139,455.17 |
| Estimated Escrow Advances |  |  | $0.00 |
| Estimated Attorney Fees |  |  | $0.00 |
| Estimated Attorney Costs |  |  | $0.00 |
| Total Estimated Amounts |  |  | $0.00 |
| Total Payoff Amount Good through | 10/28/15 |  |  |
| Total Payoff Amount* |  |  | 139,455.17 |

*This loan payoff statement shows the total amount you owe. However, some amounts may not have to be paid for the lien to be released. Please call us at 800-848-9380 for details or 800-582-0542 for TTY services.

**If the loan is a Federal Housing Administration loan, the interest is monthly, not per diem.

\*\*\**Other Fees and Corporate Advances include those amounts assessed in accordance with your loan documents, and/or permitted by applicable law, or that were authorized for services rendered. If you need additional information regarding any of these amounts, please call us at one of the telephone numbers listed above.*

If you're sending funds by wire transfer, we must receive the full payoff amount before 6 p.m. Eastern Time for current day processing. Payoff funds should be sent by wire transfer to:

> JPMorgan Chase Bank, N.A.
> Account: 323553729
> ABA Routing Number: 021000021
> Account Name: Chase Payoff Wire Account
> OBI Text: (enter loan number in OBI text field)
> Attention: Payoff Processing

Please be sure that the wire description includes the Chase account number, the name of the borrower(s), the property address, and the agent's contact information.

You may also send the payoff amount in the form of certified funds. No personal checks will be accepted.

Please send certified funds to:

> Chase
> Attention Payoff Processing
> Mail Code: OH4-7115
> 3415 Vision Drive
> Columbus, OH 43219-6009

\* *For CEM/CO-OP use Mail Code: OH4-2222*

Please return a copy of this letter in its entirety along with your payment.

Payments cannot be made at Chase branches. Please refer to the address above for payment information or call us if you have any questions.

We value you as a customer and want to ensure your continued satisfaction.

Sincerely,

Chase
877-838-1882 Ext. 52195
800-582-0542 TTY

## PAYOFF QUOTE DISCLOSURES

1) If the closing date changes, you should promptly contact our office to request a new payoff quote.

2) The above figures are subject to final verification upon receipt of the payoff remittance by Chase. Notwithstanding the "good through" date provided in this payoff quote, if the Loan is in default, all default-related processes, including but not limited to foreclosure sale, will continue, and all fees and costs incurred after the issuance of this payoff quote will continue to be assessed until the Loan is paid in full. If you cannot pay the amount specified in this letter, please call us at 800-848-9380 to discuss possible alternatives. If you are paying off your loan as a result of a natural disaster, please call us at 800-848-9136 to see if we can offer you assistance.

3) All checks that have been tendered to Chase in satisfaction of monthly payments must have cleared the payor's bank. Do not place a stop payment on checks previously mailed to Chase or cancel automatic mortgage payments by Chase prior to payment in full. If your loan has not been referred to foreclosure and in accordance with the loan documents, a late charge fee will be assessed at the close of business at the end of the grace period. If your payment is not received prior to the expiration of the grace period, such late charge will be added to the total amount due on the loan. You may call 800-548-7912 to ascertain the late charge amount.

4) If the payoff remittance is insufficient to pay the total amount secured by the security instrument, the payoff funds will be returned with a new quote.

5) Disbursements of all escrowed items (e.g. hazard, flood and PMI insurance, taxes, etc.) will be paid from escrow as normally scheduled (up to the date payoff funds are received). It is the responsibility of the borrower and their closing agent (if applicable) to obtain a refund should a double payment of taxes or insurance occur. If you require confirmation of any recent escrow disbursements, please call (800) 548-7912. Any escrow balance or overpayment remaining in the account will be refunded to you. We will not accept or process escrow assignments.

6) You understand and agree that if Chase receives and processes a payoff and subsequently is requested to return such payoff funds, due to loan rescission or for any other reason, unless prohibited by law, Chase reserves the right to charge **the title company or lender requesting such return** a fee of $1,000 to compensate it for its time and costs incurred with reboarding the loan onto the system.

7) **Minnesota and Massachusetts properties**: If this quote was ordered to sell your Property, please forward the supporting documentation of the sale to Chase or fax to 877-271-0378. Please include this quote page as the lead page. Please note that the supporting documentation will only be reviewed if faxed to the number above.

8) **Restricted Escrow Funds:** Restricted escrow funds are made up of insurance claim proceeds that we received for your property. These funds may be used to pay off your account in full. If you intend to pay off your account in full with these funds, please sign and return the enclosed Letter of Authorization form. The completed form must be returned to our office before we can use the funds to pay off your account. If you use these funds to pay off your loan, you will not be able to use them to repair your property. The funds cannot be used to pay down or reduce the amount owed if you do not intend to pay off your account.

## IMPORTANT LEGAL INFORMATION

We are attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

CA LOANS ONLY: The California Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at 877-FTC-HELP, 877-382-4357 or www.ftc.gov.

WV LOANS ONLY: Your Note and Security Instrument may preclude the recovery of attorney's fees, and consistent with state law, Chase otherwise limits the recovery of certain fees from West Virginia customers as a result of default. If you have questions regarding any amounts, please call us at 877-838-1882 ext. 52195 or 800-582-0542 TTY.

DQ600

Exhibit D



OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number: 15681 | 7. Loan Number: 39309 | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked *(p.o.c.)* were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Bethany N. Pearson<br>3044 Calli Crossing<br>Graniteville, SC 29829 | Kenneth J. Holland<br>3044 Calli Crossing<br>Graniteville, SC 29829 | Magnolia Bank<br>P. O. Box 188<br>Hodgenville, KY 42748 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 3044 Calli Crossing<br>Graniteville, SC 29829<br>Aiken County, South Carolina | Bradley L. Boni, LLC, Attorney at Law<br>759 Richland Avenue, West<br>Aiken, SC 29801    Ph. (803)644-4460<br>Place of Settlement:<br>759 Richland Avenue, West<br>Aiken, SC 29801 | October 28, 2015 |

| J. Summary of Borrower's transaction | | K. Summary of Seller's transaction | |
|---|---:|---|---:|
| 100. Gross Amount Due from Borrower: | | 400. Gross Amount Due to Seller: | |
| 101. Contract sales price | 142,000.00 | 401. Contract sales price | 142,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,190.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/Town Taxes    to | | 406. City/Town Taxes    to | |
| 107. County Taxes   10/28/15 to 01/01/16 | 111.93 | 407. County Taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | 143,302.43 | 420. Gross Amount Due to Seller | 142,000.00 |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due Seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 144,897.00 | 502. Settlement charges to Seller (Line 1400) | 1,070.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Seller paid closing costs | 3,000.00 | 509. Seller paid closing costs | 3,000.00 |
| Adjustments for items unpaid by Seller | | Adjustments for items unpaid by Seller | |
| 210. City/Town Taxes    to | | 510. City/Town Taxes    to | |
| 211. County Taxes    to | | 511. County Taxes   01/01/15 to 10/28/15 | 516.61 |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | 147,897.00 | 520. Total Reduction Amount Due Seller | 4,587.01 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at settlement to/from Seller | |
| 301. Gross amount due from Borrower (line 120) | 143,302.43 | 601. Gross amount due to Seller (line 420) | 142,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | ( 147,897.00) | 602. Less reductions due Seller (line 520) | ( 4,587.01) |
| 303. Cash ☐ From ☒ To Borrower | 4,594.57 | 603. Cash ☒ To ☐ From Seller | 137,412.99 |

*Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)
By signing page 2 of this statement, the signatories acknowledge receipt of a completed copy of page 1 of this two page statement.

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Page 1 of 3

HUD-1
(15681.PFD/15681/4)

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Our origination charge | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | (from GFE #A) | 0.00 | |
| 804. Appraisal fee to | | (from GFE #3) | | |
| 805. Credit Report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification to | | (from GFE #3) | | |
| 808. | | (from GFE #3) | | |
| 809. | | (from GFE #3) | | |
| 810. | | (from GFE #3) | | |
| 811. | | (from GFE #3) | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | | |
| 901. Daily interest charges from 10/28/15 to 11/01/15  4 @ $/day | | (from GFE #10) | | |
| 902. Mortgage insurance premium for months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for years to | | (from GFE #11) | | |
| 904. | | (from GFE #11) | | |
| 905. | | (from GFE #11) | | |
| **1000. Reserves Deposited with Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance   months @ $   per month | $ | | | |
| 1003. Mortgage insurance   months @ $   per month | $ | | | |
| 1004. Property taxes | $ | | | |
| 1005. | $ | | | |
| 1006.   months @ $   per month | $ | | | |
| 1007.   months @ $   per month | $ | | | |
| 1008. | $ | | | |
| 1009. | $ | | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 1,054.50 | |
| 1102. Settlement or closing fee | $ | | | |
| 1103. Owner's title insurance to South Aiken Title Company | | (from GFE #5) | 100.00 | |
| 1104. Lender's title insurance to South Aiken Title Company | $ 424.50 | | | |
| 1105. Lender's title policy limit | $ 144,897.00 | | | |
| 1106. Owner's title policy limit | $ 142,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium   to South Aiken Title Company | $ 314.70 | | | |
| 1108. Underwriter's portion of the total title insurance premium to South Aiken Title Company | $ 209.80 | | | |
| 1109. Deed Preparation    to Bradley L. Boni, LLC, Attorney at Law | $ | | | 125.00 |
| 1110. Courier Fee    to Bradley L. Boni, LLC, Attorney at Law | $ | | | 20.00 |
| 1111. Atty Fee    to Andrew Marine, Attorney at Law | $ | | | 400.00 |
| 1112. | $ | | | |
| 1113. | $ | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges   to Aiken County RMC Office | | (from GFE #7) | 36.00 | |
| 1202. Deed $ 10.00   Mortgage $ 26.00   Releases $    Other $ | | | | |
| 1203. Transfer taxes | | (from GFE #8) | | |
| 1204. City/County tax/stamps | $ 525.40 | $ | | 525.40 |
| 1205. State tax/stamps | $ | $ | | |
| 1206. | | | | |
| 1207. | | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. | $ | | | |
| 1303. | $ | | | |
| 1304. | $ | | | |
| 1305. | $ | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | 1,190.50 | 1,070.40 |

*Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.
The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein

Borrower                                                    Seller

Bethany N. Pearson                                          Kenneth J. Holland

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

Bradley L. Boni, Attorney at Law, Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |

| Charges That in Total Cannot Increase More than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | #1201 | | 36.00 |
| Title services and lender's title insurance | #1101 | 0.00 | 1,054.50 |
| Owner's title insurance to South Aiken Title Company | #1103 | | 100.00 |
| | Total | | 1,190.50 |
| | Increase between GFE and HUD-1 Charges | $ 1,190.50 or | 0.00% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $ 144,897.00 |
| Your loan term is | 30.00 years |
| Your initial interest rate is | _____ % |
| Your initial monthly amount owed for principal, interest and any mortgage insurance is | N/A<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No  [ ] Yes, it can rise to a maximum of _____ %. The first change will be on _____ and can change again every ___ months after _____. Every change date, your interest rate can increase or decrease by _____ %. Over the life of the loan, your interest rate is guaranteed to never be lower than _____ % or higher than _____ %. |
| Even if you make payments on time, can your loan balance rise? | [X] No  [ ] Yes, it can rise to a maximum of $_____ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No  [ ] Yes, the first increase can be on _____ and the monthly amount owed can rise to $_____.<br>The maximum it can ever rise to is $_____. |
| Does your loan have a prepayment penalty? | [X] No  [ ] Yes, your maximum prepayment penalty is $_____. |
| Does your loan have a balloon payment? | [X] No  [ ] Yes, you have a balloon payment of $_____ due in ___ years on _____. |
| Total monthly amount owed including escrow account payments | [X] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[ ] You have an additional monthly escrow payment of $N/A that results in a total initial monthly amount owed of $N/A. This includes principal, interest, any mortgage insurance and any items checked below:<br>[ ] Property taxes    [ ] Homeowner's insurance<br>[ ] Flood insurance    [ ]<br>[ ]    [ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

**HUD-1 Attachment**

Borrower(s): Bethany N. Pearson
3044 Calli Crossing
Graniteville, SC 29829
Lender: Magnolia Bank
Settlement Agent: Bradley L. Boni, LLC, Attorney at Law
(803)644-4460
Place of Settlement: 759 Richland Avenue, West
Aiken, SC 29801
Settlement Date: October 28, 2015
Property Location: 3044 Calli Crossing
Graniteville, SC 29829
Aiken County, South Carolina

Seller(s): Kenneth J. Holland
3044 Calli Crossing
Graniteville, SC 29829

| Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| Attorney's Fee<br>    to   Bradley L. Boni, LLC, Attorney at Law | 375.00 | |
| Express/Email Fee<br>    to   Bradley L. Boni, LLC, Attorney at Law | 30.00 | |
| Title Binder<br>    to   South Aiken Title Company | 100.00 | |
| Title Search<br>    to   William Harper, LLC | 90.00 | |
| CPL Fee<br>    to   South Aiken Title Company | 35.00 | |
| Lender's title insurance<br>    to   South Aiken Title Company | 424.50 | |
| Total | $ 1,054.50 | $ 0.00 |

| Owner's Title Insurance | BORROWER | SELLER |
|---|---|---|
| Owner's Policy Premium<br>    to   South Aiken Title Company | 100.00 | |
| Total | $ 100.00 | $ 0.00 |

| Lender's Title Insurance<br>*fees also shown above in Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| Lender's Policy Premium<br>    to   South Aiken Title Company | 424.50 | |
| Total | $ 424.50 | $ 0.00 |

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(15681.PFD/15681/4)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>KENNETH JOEL HOLLAND<br>LINDSAY LEE HOLLAND<br><br>Debtor(s). | CASE NUMBER 14-06832<br>CHAPTER 13<br><br>CERTIFICATE OF SERVICE |
|---|---|

I, Sheryl Fleming, declare under the penalty of perjury that I have served the attached document(s) on the following entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**The following entities were served by first class mail on November 9, 2015:**

See attached Mailing List

**The following entities were served by electronic transmission on November 9, 2015:**

Joy Goodwin
Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201

/s/ Sheryl Fleming

_____

SHERYL FLEMING, Legal Assistant

Andrew C. Marine
Attorney at Law
Post Office Box 1488
Aiken, SC 29802

Telephone No: 803/649-0875
District Court I.D. No: 1039